■ ELLIS J. KOLLENDER, Appellant, v. FARMINGDALE MEAT MARKET, INC., et al., Respondents.— Action by a lessee of a part of a building to recover damages for breach of a covenant for quiet enjoyment alleged to have occurred during the repair and alteration of the building, to recover treble damages

under section 535 of the Real Property Law, and to recover damages for conversion of personal property. The appeal is from a judgment which, *inter alia,* dismissed the amended complaint at the close of the entire case. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.